**Dismissed and Opinion Filed August 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00442-CV

## IN THE INTEREST OF K.M.C., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-22512**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

The docketing statement and clerk's record in this case are past due. By postcard dated April 28, 2017, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated June 21, 2017, we notified appellant the court reporter had informed the Court that the reporter's record had not been filed because appellant had not requested the record or paid for or made arrangements to pay for the record. We directed appellant to file certain written verifications within ten days or we might order the appeal submitted without a reporter's record. Appellant has not responded to our June 21, 2017 letter. Finally, by letter dated June 23, 2017, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide

written documentation he had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not filed his docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

170442F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.M.C., A MINOR CHILD

No. 05-17-00442-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-22512.
Opinion delivered by Chief Justice Wright. Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees SHARMESE D. JERRIGAN AND CALVIN CHOICE, JR. recover their costs of this appeal from appellant KEITH JERRIGAN.

Judgment entered August 8, 2017.